UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    19cv8364 (DLC)
EUGENE MASON,                          :
                                       :         ORDER
                    Plaintiff,         :
                                       :
        -v-                            :
                                       :
AMTRUST FINANCIAL SERVICES, INC. and   :
DAVID LEWIS,                           :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

On November 8, 2019, the defendants filed a motion to dismiss the plaintiff's amended complaint. On November 14, the defendants submitted a letter requesting that the plaintiff's October 18 amended motion for a preliminary injunction be consolidated with a trial on the merits. Also on November 14, the plaintiff responded requesting that his amended motion for a preliminary injunction be heard before a trial on the merits. It is hereby

ORDERED that briefing on the amended motion for a preliminary injunction is stayed pending resolution of the defendants' November 8 motion to dismiss.

Dated:   New York, New York
         November 15, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge