```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv8364 (DLC)
EUGENE MASON,                            :
                      Plaintiff,         :    ORDER
            -v-                          :
                                         :
AMTRUST FINANCIAL SERVICES, INC. and     :
DAVID LEWIS,                             :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 18, 2019, the plaintiff filed a motion for a preliminary injunction seeking relief in connection with the amended complaint's claim for misappropriation of trade secrets under the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. § 1836. An Order of November 15 stayed briefing on the preliminary injunction motion pending the resolution of the defendants' November 7 partial motion to dismiss the amended complaint.

An Opinion and Order issued today granted the defendants' November 7 partial motion to dismiss the amended complaint.  The sole remaining claim in this action is Mason's breach of contract claim brought against AmTrust.  Accordingly, it is hereby

ORDERED that the plaintiff's October 18 motion for a preliminary injunction is denied.

IT IS FURTHER ORDERED that an initial pretrial conference is scheduled as a telephone conference for **April 10, 2020** at **10:00 am**. The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:       888-363-4749
Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         March 23, 2020

```
                          _____
                                 DENISE COTE
                          United States District Judge
```