```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   19cv8364(DLC)
EUGENE MASON,                            :
                       Plaintiff,        :   ORDER
              -v-                        :
                                         :
AMTRUST FINANCIAL SERVICE, INC. and      :
DAVID LEWIS,                             :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

One claim remains to be tried in this action, a claim for breach of contract.  As set forth in the April 10, 2020, Scheduling Order, fact discovery ends on August 28, 2020.  The plaintiff indicates in his August 7 letter that he intends to call an expert to testify in this non-jury trial.  It is hereby

ORDERED that plaintiff's expert report is due **September 18, 2020**; any rebuttal report is due **October 9**.  Expert discovery shall conclude **October 30**.  The parties, on consent, may extend fact discovery to **October 30.**

IT IS FURTHER ORDERED that the pretrial order in this non-jury case is due **November 20, 2020.**  This action is placed on the December trial ready calendar.

IT IS FURTHER ORDERED that should the defendant wish to file a motion for summary judgment limited to the issue of the statute of limitations, the defendant's motion for summary

judgment is due **September 11, 2020**.  Any opposition is due **September 25**.  Any reply is due **October 2**.

Dated:    New York, New York
          August 10, 2020

                                     _____
                                         DENISE COTE
                                    United States District Judge