```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 EUGENE MASON,                           :
                                         :
                       Plaintiff,        :    19 Civ. 8364 (DLC)
                                         :
           -v-                           :         ORDER
                                         :
 AMTRUST FINANCIAL SERVICES, INC. and    :
 DAVIS LEWIS,                            :
                                         :
                       Defendants.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    An Order of April 10, 2020 described the parties' submissions in connection with this nonjury trial.  That Order is revised as follows.

1. The Joint Pretrial Order must be filed by **November 20, 2020.**

2. Parties shall serve: (a) Proposed Findings of Fact and Conclusions of Law; (b) those portions of depositions that are being offered as substantive evidence, along with a one-page synopsis (with transcript citations) of such testimony for each deposition; and (c) affidavits constituting the direct testimony of its witnesses, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at hearing.

3. At the same time, the parties shall file their Proposed Findings of Fact and Conclusions of Law and any Memorandum of Law.

4. Parties shall submit the following materials to the Court's Chambers email, Cotenysdchambers@nysd.uscourts.gov:

    - The affidavits constituting the direct testimony of witnesses;

   - The portions of depositions that are being offered as
     substantive evidence, along with the one-page synopsis;
     and
   - Documentary exhibits.

   The case name, case number, and email contents should be
   clearly set forth in the email's subject line.

5. Parties shall not provide the Court with hardcopies of any
   materials.

   IT IS HEREBY ORDERED that the parties shall confer regarding whether the trial may be conducted solely through the Court's consideration of the trial evidence submitted on November 20, or whether either party requests an opportunity to cross-examine witnesses.  In the event a party seeks to cross-examine witnesses, the parties shall confer regarding whether the trial may be conducted remotely and the witnesses appear for cross-examination via video.  The parties shall notify the Court by **December 1** of their positions on these issues.


Dated:     New York, New York
           November 19, 2020


                                    _____
                                            DENISE COTE
                                    United States District Judge

2