UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EUGENE MASON,                                    Civil Action No.: 19-CV-8364 (DLC)

        Plaintiff,                              **PROPOSED JOINT**
                                            **PRE-TRIAL ORDER**

    -against-

AMTRUST FINANCIAL SERVICES, INC. and,
DAVID LEWIS,

        Defendants.
-------------------------------------------------------------------X

      Plaintiff, EUGENE MASON, ("Mason") by his attorneys, JARDIM MEISNER & SUSSER, P.C., and Defendants and AMTRUST FINANCIAL SERVICES, INC. and DAVID LEWIS, ("AmTrust") by its attorneys, WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP, for their joint pre-trial Order, propose as follows:

    1.    **Caption**:

The full caption of the action is as follows:

-------------------------------------------------------------------X
EUGENE MASON,

        Plaintiff,

    -against-

AMTRUST FINANCIAL SERVICES, INC. and,
DAVID LEWIS,

        Defendants.
-------------------------------------------------------------------X

    2.    **Parties and Counsel**:

The names, addresses, telephone, and fax numbers of trial counsel are:

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| Richard S. Meisner | William E. Vita |
| JARDIM MEISNER & SUSSER, P.C. | WESTERMAN BALL EDERER MILLER |
| 420 Lexington Avenue | ZUCKER & SHARFSTEIN, LLP |
| Suite 300-19 | 1201 RXR Plaza |
| New York, NY 10170 | Uniondale, New York 11556 |
| Phone: (973) 845-7643 | Tel.: (516) 622-9200 |
| Fax: (973) 845-7645 | Fax: (516) 622-9212 |

3. **Jurisdiction**:

The Parties' Statements as to the Basis of Subject Matter Jurisdiction:

Plaintiff's Amended Complaint invoked this court's federal question jurisdiction over the action pursuant to 28. U.S.C. 1331 as well as subject matter jurisdiction pursuant to 28 U.S.C. 1332(a). However, Plaintiff's federal question allegations have been dismissed and only the remaining contract dispute will be tried before this court. Plaintiff, Eugene Mason ("Plaintiff" or "Mason") is a citizen of the State of Connecticut. AmTrust Financial Services, Inc. ("AmTrust" or "Defendant") is a financial services corporation organized under the laws of the State of Delaware with its principal place of business in the State of New York. Therefore, because this action presents a claim for money damages by citizens of different states and the amount in controversy exceeds seventy-five thousand ($75,000.00) dollars this court retains its subject matter jurisdiction pursuant to 28 U.S.C. 1332(a).

Pursuant to the *Erie* Doctrine, "a federal court in a diversity case must apply the substantive law of the forum state, including its choice-of-law rules". *Krauss v. Manhattan Life Ins. Co. of New York* 643 F.2d 98, 100 (2nd Cir. 1981) (citing *Erie Railroad Co. v. Tompkins*, 304 U.S. 64, 58 S.Ct. 817 (1938). Here, this case was brought in New York, where AmTrust was domiciled. Throughout the proceedings, the parties have proceeded under the assumption that New York law applies and this sort of "implied consent…is sufficient to establish choice of law." Id. (citation

omitted). Thus, New York state substantive law will apply to this matter in conjunction with federal procedural law. *See Gasperini v. Center for Humanities, Inc.* 518 U.S. 415, 427, 116 S.Ct. 2211, 2219 (citing *Erie* 304 U.S., at 58 S.Ct. at 822 (1938).

4. **Claims and Defenses**:

    a.    <u>Summary of Claims of Plaintiff, Eugene Mason</u>:

Plaintiff is entitled to bonus compensation called the Net Underwriting Bonus for the year 2018 as set forth in the Employment Agreement. AmTrust wrongfully withheld said bonus from Plaintiff as the Employment Agreement is a valid, binding and enforceable agreement by failing to pay the Net Underwriting Bonus. Plaintiff is entitled to recover from AmTrust the entirety of the Underwriting Bonus for the year 2018. Plaintiff is entitled to recover the bonus he received in stock valued at $76,567.25 (50% of the bonus) for 2014-2017, which was taken away after he was terminated on July 17, 2019.

    b.    <u>Summary of AmTrust's Defenses</u>:

AmTrust will argue that Mason is not owed any bonus relative to Net Underwriting Income for the year 2018 because there was no such income generated for that year. AmTrust will rely on the arguments and defenses set forth in further detail in its accompanying pre-trial memorandum of law and in its proposed findings of facts and law. The first four causes of action in the Plaintiff's Amended Complaint will not be tried, as they have been dismissed.

5. **Trial Length**:

The parties anticipate that this bench trial will take one day.

6. **Consent to Magistrate Judge**

The parties have not consented to trial of the case before a Magistrate Judge.

7. **Stipulations**:

The parties agree that the substantive law of New York State applies to this diversity action under 28 U.S.C. 1332(a) and the *Erie* Doctrine.

The parties hereby stipulate to the following statements of fact:

- Mason was employed by AmTrust from September 26, 2013 until his termination on July 17, 2019 as Senior Vice President in Underwriting.
- Mason signed an Offer of Employment letter on September 27, 2013.
- The Offer of Employment letter contains language regarding Plaintiff's eligibility for certain bonus payments.
- Mason signed an Agreement to Bring Claims in Shortened Time Period and Waive Right to Jury Trial on July 6, 2016.

8. **Witnesses**:

The parties designate the following fact and expert witnesses whose testimony may be offered in their respective cases in chief:

    A.    For Plaintiff

        i.    Gene Mason, Plaintiff, the former SVP of Professional Lines at AmTrust E&S Insurance Services, Inc. His current address is 24 Canterbury Lane, Sandy Hook, CT 06482. Plaintiff Mason will testify as to his background, his employment with AmTrust, the Employment Agreement, and the economic damages he suffered and the bonus amount he is owed for 2018 under the Employment Agreement. Plaintiff's Mason's Declaration will be filed. He will testify in person or remotely as the Court may decide.

    ii. <u>Evan D. Bennett, Consultant, Insurance and Reinsurance, Plaintiff's Expert</u>, who resides at 921 Longmeadow Dr., Geneva, IL 60134. Mr. Bennett will testify as to certain facts and positions taken in his expert report regarding the economic damages pertaining the compensation bonus due to Plaintiff Mason under the Employment Agreement between the parties. Mr. Bennett's Declaration will be filed. He will testify remotely.

    iii. <u>Paul Poppish, Former Vice-President at AmTrust and Plaintiff's Supervisor</u>. (602) Spruce Court, Oswego, IL 60543. Mr. Poppish is expected to testify with regard to accounting information as to the profitability of AmTrust and the calculation of bonuses. Mr. Poppish will be subject to a Subpoena for his testimony. He will testify remotely.

  B. <u>For Defendant</u>

    i. <u>Roni Schwartz</u> – 59 Maiden Lane, 43rd Floor, New York, NY, 10038. Mr. Schwartz has been retained as AmTrust's expert actuary for trial. Mr. Schwartz is expected to testify that Mason did not earn a bonus in 2018, consistent with his declaration dated November 19, 2020 and the findings contained in his report dated November 9, 2020. He will testify in person (or remotely, as the Court may decide) rather than by deposition.

    ii. <u>Amy Hall</u> – 59 Maiden Lane, 43rd Floor, New York, NY, 10038. Ms. Hall is the Senior Vice President, Human Resources, North America for AmTrust. Ms. Hall is expected to testify about Mason's Offer of Employment letter and bonus pay out, consistent with her declaration dated November 18, 2020. She will testify remotely.

    iii. <u>Eduardo Rivera</u> – 59 Maiden Lane, 43rd Floor, New York, NY, 10038. Mr. Rivera is the Vice President of Finance, for AmTrust Financial Services, Inc. Mr. Rivera is expected to testify about why Mason did not earn a bonus in 2018, consistent with his

declaration dated November 19, 2020. He will testify in person (or remotely, as the Court may decide) rather than by deposition.

9.      **Deposition Testimony**:

AmTrust will utilize the deposition testimony of Evan Bennett taken on November 16, 2020.

Plaintiff may use the deposition testimony of Evan Bennett taken on November 16, 2020.

10.     **Exhibits**:

Plaintiff's Exhibits

| Objection/ No Objections | In Evidence | Plaintiff's Exhibit No. or Joint Exhibit | Bates Stamp Nos. | Description |
|---|---|---|---|---|
| ** | | Plaintiff's Exhibit 1 | MASON-001- MASON-006 | Mason Employment Contract with AmTrust dated 9/26/13 |
| | | Plaintiff's Exhibit 2 | MASON-012- MASON-014 | Document Entitled Profitability Dynamics- Scenarios re Mason's Estimated Gross and Net results<br><br>Submit under Seal |
| | | Plaintiff's Exhibit 3 | MASON-027- MASON-070 | E & S Final 05/31/18<br><br>Submit under Seal |
| | | Plaintiff's Exhibit 4 | MASON-077- MASON-085 | AmTrust's Profit Spreadsheet with G. Mason's Notes<br><br>Submit under Seal |
| | | Plaintiff's Exhibit 5 | MASON-093 | Actuarial Methodology<br><br>Submit Under Seal |

|  |  |  |  |  |
|---|---|---|---|---|
| ** |  | Plaintiff's Exhibit 6 | MASON-097 | Agreement to bring Claims in Shortened Time Period and Right to Jury Trial – 7/6/16 |
|  |  | Plaintiff's Exhibit 7 | MASON-100 | AmTrust's Profit Spreadsheet with G. Mason's Notes<br><br>Submit under Seal |
| * |  | Plaintiff's Exhibit 8 | MASON-101 | Email from David Saks dated 8/26/16 |
|  |  | Plaintiff's Exhibit 9 | MASON-102-MASON-104 | Gene Mason Resume |
|  |  | Plaintiff's Exhibit 10 | MASON-121 MASON-140 | Complaint in *SEC v. AmTrust Financial Services, Inc. and Ronald Pipoly* |
| ** |  | Plaintiff's Exhibit 11 | MASON-1023 | Correspondence from K. Bowen, Recruiting Director, to Plaintiff dated 10/22/18 |
|  |  | Plaintiff's Exhibit 12 | MASON-1024 | Solium Statement regarding stock dated 9/30/19 |
| ** |  | Plaintiff's Exhibit 13 | MASON-1025 | AmTrust Chart re Bonus Paid<br><br>Submit Under Seal |
|  |  | Plaintiff's Exhibit 14 | MASON-1026 | Portfolio and Reinsurance Facility Premium and Policy County<br><br>Submit Under Seal |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Plaintiff's Exhibit 15 | MASON-1027 | Shareworks Notification re Stock dated 6/17/15 |
| ** |  | Plaintiff's Exhibit 16 | MASON-1028-MASON-1031 | Restricted Stock Unit Agreement for May 2016 dated 6/23/16 |
|  |  | Plaintiff's Exhibit 17 | MASON-1032-MASON-1033 | Shareworks Account Summary for 2015 and 2016 dated 5/23/15 and 5/23/16 |
|  |  | Plaintiff's Exhibit 18 | MASON-1034 | Chart of calculations for bonus by G. Mason |
|  |  | Plaintiff's Exhibit 19 | MASON-1035-MASON-1036 | Email chain with P. Poppish, G. Mason regarding report for professional liability claim report value as of 5/31/18 |
|  |  | Plaintiff's Exhibit 20 | MASON-1037-MASON-1042 | Emails chain C. Cirello and G. Mason |
|  |  | Plaintiff's Exhibit 21 | MASON-1052 MASON-1062 | PL ES Loss Run – 01/31/17 Final<br><br>Submit under Seal |
|  |  | Plaintiff's Exhibit 22 | MASON-1063 MASON-1077 | E&S – 01/31/18<br><br>Submit Under Seal |
| ** |  | Plaintiff's Exhibit 23 | MASON-1079 MASON-1095<br><br>AmTrust – 000052-000068 | ES PL Claims 2020 Q2<br><br>Submit Under Seal |
|  |  | Plaintiff's Exhibit 24 | MASON-1096 | Snapshot Amtrust 2018<br><br>Submit Under Seal |
|  |  | Plaintiff's Exhibit 25 | MASON-1098 | Notable Loss Payments and Gross/Net Analysis |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Plaintiff's Exhibit 26 | MASON-1099-MASON-1100 | AmTrust Profit Spreadsheet 02193713<br><br>Submit Under Seal |
| * |  | Plaintiff's Exhibit 27 | MASON-1102-MASON-1120 | Evan Bennett expert report with annexed documents:<br><br>1.     Resume of Evan D. Bennett<br><br>2.     AmTrust Spreadsheet (MASON-1117-MASON-1118)<br><br>3.     Bennett Spreadsheet Analysis (MASON-1120)<br><br>Submit Under Seal |
| * |  | Plaintiff's Exhibit 28 | MASON-1021-MASON-1147 | Transcript of Deposition of Evan Bennett |
| * |  | Plaintiff's Exhibit 29 | Not Bates Stamped | Plaintiff's Answers to Interrogatories |
| * |  | Plaintiff's Exhibit 30 | Not Bates Stamped | Defendant AmTrust's Response to Plaintiff's Request for Admissions |
| * |  | Plaintiff's Exhibit 31 | Not Bates Stamped | Defendant AmTrust's Answers to Interrogatories |
| ** |  | Plaintiff's Exhibit 32 | AmTrust00001 | AmTrust Chart of Loss and Loss Ratios<br><br>Submit Under Seal |
| ** |  | Plaintiff's Exhibit 33 | AmTrust00008-AmTrust000013 | AmTrust – Restricted Stock Unit Agreement issued May 23, 2017 |
| ** |  | Plaintiff's Exhibit 34 | AmTrust000014-AmTrust000021 | AmTrust - Restricted Stock Unit Agreement issued May 23, 2015 |

|  |  |  |  |  |
|---|---|---|---|---|
| ** |  | Plaintiff's Exhibit 35 | AmTrust-000022 AmTrust-000027 | AmTrust-Restricted Stock Unit Agreement issued May 23, 2018 |
| ** |  | Plaintiff's Exhibit 36 | AmTrust-000028- AmTrust-000032 | AmTrust-Restricted Stock Unit Agreement issued May 23, 2016 |
| ** |  | Plaintiff's Exhibit 37 | AmTrust-000052 AmTrust-000074 | Snapshot of Loss Runs spreadsheet  Submit under Seal |
| * |  | Plaintiff's Exhibit 38 | No Bates Stamp | Defendant's Expert Witness Rebuttal |
|  |  | Plaintiff's Exhibit 39 | No Bates Stamp | Plaintiff Mason's Declaration of November 20, 2020 |
|  |  | Plaintiff's Exhibit 40 | No Bates Stamp | Evan D. Bennett's Declaration |

Defendant's Exhibits

| Objection / No Objection | In Evidence | Defendant's Exhibit No. | Bates Stamp Nos. | Description |
|---|---|---|---|---|
| ** |  | Defendant's A | None. | Declaration of Roni Schwartz dated November 19, 2020 |
| ** |  | Defendant's B | None. | Declaration of Amy Hall dated November 18, 2020 |
| ** |  | Defendant's C | None. | Declaration of Eduardo Rivera dated November 19, 2020 |

| ** | | <u>Defendant's D</u> | AmTrust 000002 - 000007 | September 26, 2013 Offer of Employment letter from AmTrust to Mason, singed by Mason on September 27, 2013 |
|---|---|---|---|---|
| ** | | <u>Defendant's E</u> | AmTrust<br><br>000033 | Agreement to Bring Claims in Shortened Time Period and Waive Right to Jury Trial dated July 6, 2016 signed by Mason |
| ** | | <u>Defendant's F</u> | None. | "Bonus" Chart; Annexed as "Exhibit B" to the expert report of Roni Schwartz Report dated November 9, 2020 |
| ** | | <u>Defendant's G</u> | None. | "Loss" Chart; Annexed as "Exhibit A" to the expert report of Roni Schwartz Report dated November 9, 2020 |
| ** | | <u>Defendant's H</u> | AmTrust 000052 - 000074 | Chart of Individual Cases; AmTrust Bates Stamped 52-74 |
| ** | | <u>Defendant's I</u> | Mason 1021 - 1147 | Deposition transcript of Evan D. Bennett dated November 16, 2020 |

Dated: New York, New York
       Uniondale, New York
       November 20, 2020

                Respectfully Submitted,

                JARDIM MEISNER & SUSSER, P.C.

By:  */s/ Richard S. Meisner*
     Richard S. Meisner
     Attorneys for Plaintiff
     Eugene Mason
     420 Lexington Avenue
     Suite 300-19
     New York, NY 10170
     Phone: (646) 205-8038
     Fax: (973) 845-7643
     rich@jmslawyers.com

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP

By:  */s/ William E. Vita*
     William E. Vita
     Joseph A. Iemma
     Attorneys for Defendant
     AmTrust Financial Services, Inc.
     1201 RXR Plaza
     Uniondale, New York 11556
     Tel.: (516) 622-9200
     Fax: (516) 622-9212
     wvita@westermanllp.com
     jiemma@westermanllp.com

02298101