```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
EUGENE MASON,                            :
                                         :
                      Plaintiff,         :    19 Civ. 8364 (DLC)
                                         :
           -v-                           :         ORDER
                                         :
AMTRUST FINANCIAL SERVICES, INC. and     :
DAVIS LEWIS,                             :
                                         :
                      Defendants.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On November 20, 2020, parties submitted materials in preparation for the upcoming non-jury trial in the above-captioned case.  It is hereby

ORDERED that, the parties having given their consent, the non-jury trial shall occur remotely on **Wednesday, January 6, 2020.**

IT IS FURTHER ORDERED that any opposition to motions in limine shall be submitted by **Tuesday, December 1, 2020,** and any reply shall be filed by **Friday, December 4, 2020.**

IT IS FURTHER ORDERED that, the plaintiff having failed to submit on November 20 the affidavit constituting the direct testimony for one of his listed witnesses, the plaintiff shall submit a declaration from Paul Poppish by **Tuesday, December 1, 2020.**

IT IS FURTHER ORDERED that parties shall contact a vendor to arrange for remote testimony for the January 6 trial and notify the Court no later than Friday, December 11, 2020 of their arrangements.

Dated:    New York, New York
         November 23, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　United States District Judge