UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EUGENE MASON,

               Plaintiff,

-against-

AMTRUST FINANCIAL SERVICES, INC.
and DAVID LEWIS,

               Defendants.

----------------------------------------X

Case 1:19-cv-08364-DLC

**DECLARATION OF RICHARD S. MEISNER, ESQ.**

I, Richard S. Meisner, Esq., hereby declare:

1. I am a partner in the law firm of Jardim, Meisner & Susser, P.C., attorneys for the Plaintiff, Eugene Mason (hereinafter "Plaintiff Mason"). As such, I am fully familiar with the within matter.

2. I make this Declaration in support of Plaintiff Mason's Opposition to Defendant AmTrust Financial Services, Inc.'s (hereinafter "Defendant AmTrust") Motion to Exclude Plaintiff's Expert.

3. Defendant AmTrust claims in its motion that Plaintiff Mason's expert, Evan Bennett (hereinafter "Mr. Bennett") is not qualified. As such, a true and correct copy of Mr. Bennett's curriculum vitae, Bates Stamped MASON-1107-MASON-1115, is attached hereto as **Exhibit 1** and said Exhibit will be submitted to chambers via email as it was previously submitted to the Court via email as part of trial exhibit #27.

I hereby declare under penalty of perjury that the above statements are true and correct.

Dated: New York, NY
      December 1, 2020

                                                                */s/ Richard S. Meisner*
                                                               Richard S. Meisner, Esq.