```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
EUGENE MASON,                            :
                                         :
                        Plaintiff,       :      19 Civ. 8364 (DLC)
                                         :
            -v-                          :           ORDER
                                         :
AMTRUST FINANCIAL SERVICES, INC. and     :
DAVIS LEWIS,                             :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    A non-jury trial having been scheduled for January 6, 2021, it is hereby

    ORDERED that a final pretrial conference is scheduled for **December 22, 2020 at 10:00am.**

    Due to the ongoing COVID-19 pandemic, the conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749

        Access code:   4324948

The parties shall use a landline if one is available.

    SO ORDERED:

Dated:     New York, New York
           December 8, 2020

                                          _____
                                             DENISE COTE
                              United States District Judge