UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

EUGENE MASON,

                        Plaintiff,

-against-                                  19 **CIVIL** 8364 (DLC)

**JUDGMENT**

AMTRUST FINANCIAL SERVICES, INC., and
DAVIS LEWIS,

                        Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 28, 2020, the non-jury trial scheduled for January 6, 2021 is cancelled. Judgment is entered for AmTrust; accordingly, this case is closed.

**Dated:** New York, New York

       December 28, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                             **BY:**

                                                      **Deputy Clerk**